1:17-cv-10937-NMG

UNITED STATES DISTRIC COURT
DISTRICT OF MASSACHUSETTS

VICENTE PEREZ-ACEVEDO

Appellant

v.

U.S. DEPARTMENT OF EDUCATION

Appellee

---

EMERGENCY MOTION REQUESTING DETERMINATION OF MOTION FOR STAY PENDING APPEAL FILED ON MAY 25, 2017

---

/s/ Carmenelisa Perez-Kudzma (BBO#633520)
Perez-Kudzma Law Office, P.C
413 Boston Post Road
Weston, MA 02493
T: (781) 209-5596
F: (978-600-1482
carmenelisa@pklolaw.com

Dated: July 4, 2017

*Motion denied as moot.*

*/s/ NMGorton, USDJ 7/5/17*